**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 15, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00273-CV**

---

**IN RE C. H. AND L. H., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-33397**

---

## MEMORANDUM OPINION

On April 15, 2024, relators C. H. and L. H. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Sandra

Peake, presiding judge of the 257th District Court of Harris County, to vacate the trial court's March 18, 2024 order denying relators' motion to transfer venue.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.